IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moreland, Samuel D | Case Number: 08 B 07212 |
|---|---|---|
| | Moreland, Kimberly A | Judge: Squires, John H |
| | Printed: 01/06/09 | Filed: 3/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2008
Confirmed: July 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,348.00 | |
| Secured: | | 1,833.33 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 362.05 |
| Trustee Fee: | | 152.62 |
| Other Funds: | | 0.00 |
| Totals: | 2,348.00 | 2,348.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 362.05 |
| 2. | CarMax Auto Finance | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 22,967.79 | 1,500.01 |
| 4. | CarMax Auto Finance | Secured | 3,000.00 | 333.32 |
| 5. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 6. | Citibank | Unsecured | 55.15 | 0.00 |
| 7. | Capital One | Unsecured | 133.15 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 84.43 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 2,013.28 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 24.59 | 0.00 |
| 11. | B-Real LLC | Unsecured | 34.09 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 430.91 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 146.95 | 0.00 |
| 14. | Educational Credit Management Corp | Unsecured | 1,627.55 | 0.00 |
| 15. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 156.00 | 0.00 |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | Citi Cards | Unsecured | | No Claim Filed |
| 20. | Village of Riverdale | Unsecured | | No Claim Filed |
| 21. | USMS | Unsecured | | No Claim Filed |
| 22. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 23. | Bruce Cable DDS | Unsecured | | No Claim Filed |
| 24. | Southwest Surgery Center | Unsecured | | No Claim Filed |
| | | | $ 34,097.89 | $ 2,195.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Moreland, Samuel D
        Moreland, Kimberly A
        Printed: 01/06/09

Case Number:  08 B 07212
Judge:  Squires, John H
Filed:  3/26/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 152.62 |
|  | $ 152.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

